UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: CV 10-4424-JST (MAN)				Date: September 10, 2010

Title:   Alfred Bell v. James D. Hartley
================================================================================
DOCKET ENTRY:	ORDER TO SHOW CAUSE
================================================================================
PRESENT:

        Hon. Margaret A. Nagle   , United States Magistrate Judge

        Earlene Carson				N/A
        Deputy Clerk				Court Reporter/Tape No.

ATTORNEYS PRESENT FOR PETITIONER:		ATTORNEYS PRESENT FOR RESPONDENTS:

  N/A							N/A

**PROCEEDINGS (In Chambers):**

On June 16, 2010, Petitioner filed a habeas petition in this action brought under 28 U.S.C. § 2254 ("Petition").  On that same date, the Court issued its Order Requiring Response to Petition for Writ of Habeas Corpus ("Order").  The Order directed the Clerk to serve a copy of the Petition on counsel for Respondent and Respondent to file and serve a response to the Petition within 75 days.  The Order and a copy of the Petition were served on counsel for Respondent by first class mail on June 16, 2010.

Respondent's deadline for compliance with the Order was August 30, 2010.  Respondent has neither complied with the Order nor requested an extension of time to do so.  Accordingly, Respondent is ORDERED TO SHOW CAUSE regarding his failure to comply with the Order.  Within twenty-one (21) days of this date, Respondent shall file and serve a response to this Order To Show Cause, which explains why Respondent has not complied with the Order.  Alternatively, Respondent may discharge his obligation pursuant to this Order To Show Cause by filing and serving a response to the Petition by that same deadline.

IT IS SO ORDERED.