1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ALFRED BELL,                              ) NO. CV 10-4424-JST (MAN)
                                           )
12                    Petitioner,           )
                                           )
13       v.                                 ) JUDGMENT
                                           )
14 JAMES D. HARTLEY, WARDEN,                )
                                           )
15                    Respondent.           )
   _____)
16

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions, and

19 Recommendations of United States Magistrate Judge,

20

21       IT IS ADJUDGED that this action is dismissed with prejudice.

22

23 DATED: April 28, 2011 .

24

25                                    **JOSEPHINE STATON TUCKER**
                                       JOSEPHINE STATON TUCKER
26                                     UNITED STATES DISTRICT JUDGE

27

28